## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| Andrew Dibble, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:15-cv-00480-PLM |
| v. | : |
| | : |
| John D Bradshaw P.C. ; and DOES 1-10, | : |
| inclusive, | : |
| | : |
| Defendants. | : |
| | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.


Dated: August 25, 2015


Respectfully submitted,

By   /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August 25, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system

        By _/s/ Sergei Lemberg_____
          Sergei Lemberg, Esq.