UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Andrew Dibble, | : |
| Plaintiff, | : Civil Action No.: 1:15-cv-00480-PLM |
| v. | : |
| John D Bradshaw P.C., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.


Andrew Dibble                                    John D Bradshaw P.C.

___/s/ Sergei Lemberg_____      _/s/ _John D. Bradshaw_____

Sergei Lemberg, Esq.                         John D. Bradshaw, P.C.
LEMBERG LAW, LLC                         JOHN D. BRADSHAW P.C.
1100 Summer Street, 3rd Floor          P.O. Box 50431
Stamford, CT  06905                          Kalamazoo, MI 49005
Tel: (203) 653-2250                            Tel: 269.373.4400 ext. 111
slemberg@lemberglaw.com              jdb@johndbradshawpc.com
Attorney for Plaintiff                           Attorney for Defendant


_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

John D. Bradshaw
John D. Bradshaw, P.C.
107 West Michigan Avenue, 6th Floor
Kalamazoo, MI 49007

                                        By */s/ Sergei Lemberg*

                                            Sergei Lemberg, Esq.